# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JEFFREY ACHESON DOWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:13-cv-246-JDL |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 31) with the court on June 29, 2014, pursuant to 28 U.S.C. §636 (b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on July 18, 2014, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's final administrative decision is **VACATED** and the case is **REMANDED** for further proceedings.

SO ORDERED.

      /s/Jon D.Levy
**United States District Judge**

Dated this 31st day of July, 2014.